Maria A. Spahn, executrix and trustee under and by virtue of the last will and testament of Patrick J. Renn, deceased, appellant, v. Brigid Renn, individually and as administratrix of the estate of James J. Renn, deceased et al., appellees.   Gen. No. 33,889.

Opinion filed April 28, 1930.

Frank T. Jordan, for appellant.  Nat M. Kahn, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Geo. B. Leavitt Company, appellee, v. Novelty Shoe Company, appellant.   Gen. No. 34,056.

Opinion filed April 28, 1930.   Rehearing denied May 12, 1930.

Moses, Kennedy, Stein & Bachrach, for appellant; Herbert H. Kennedy and Albert Langeluttig, of counsel.   Musgrave, Oppenheim & Price, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Benjamin T. Newton, appellee, v. Carroll, Schendorf & Boenicke, Inc., appellant.   Gen. No. 34,139.

Opinion filed April 28, 1930.

Henry M. Hagan, for appellant.  Haffenberg, Kopald & Burns, for appellee; Harry E. Kopald, Alfred Newton and Joseph Rosenbaum, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

D. Harold Hoffman and David Becker, trading as Hoffman & Becker, appellants, v. Harry Blatte, appellee.   Gen. No. 34,160.

Opinion filed April 28, 1930.

Max M. Grossman and Samuel Grossman, for appellants.   Haffenberg, Kopald & Burns, for appellee; Harry E. Kopald and Joseph Rosenbaum, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.